UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABDULKARIM AL HAMATI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00676 ERW |
| ) | |
| EMILIO GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion for Enlargement of Time [doc. #2]. Defendants' responsive pleading is currently due on July 6, 2009, and Defendants ask that this date be moved to July 20, 2009. Plaintiff's counsel consents to this request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time [doc. #2] is **GRANTED.** Defendants' responsive pleading shall be filed no later than **July 20, 2009.**

Dated this 30th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE