UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABDULKARIM AL HAMATI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00676 ERW |
| ) | |
| EMILIO GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Lack of Jurisdiction [doc. #4] is **GRANTED**. Plaintiff Abdulkarim Al Hamati's claims are **DISMISSED, with prejudice**.

Dated this 18th Day of February, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE